# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE   MAGISTRATE MARCOS E. LÓPEZ

COURTROOM DEPUTY: Minerva **FIGUEROA**         DATE: March 27, 2007

COURT REPORTER:  **FTR**                                      CR: 00-35-001 (JAF)

COURT INTERPRETER: N/A
================================================================

United   States of America                Attorneys:  AUSA-Jose Capo

vs.

Jose Torres-Morales

================================================================

**Initial Appearance, re: Revocation of Supervised Release:**

Defendant was brought before the Court by the U.S. Marshals upon an arrest warrant issued on 01/11/06 by Chief Judge Fuste. Defendant was advised of the right to a preliminary hearing to determine whether the supervised release conditions had been violated. The Federal Public Defender is ordered to represent the defendant. Defendant remains under custody.   The case is referred to Chief Judge Fuste for setting of Revocation Hearing.

*S/MINERVA FIGUEROA*
Courtroom Deputy Clerk