IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA,**

vs.  CASE NO. 00-CR-035-01 (JAF)

**JOSE M. TORRES-MORALES,**
* * * * * * * * * * * * * * * * * * * * * * * * *

**INFORMATIVE MOTION**

**TO THE HONORABLE JOSE A. FUSTE
CHIEF UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

   **COMES NOW,** Miriam Figueroa, U.S. Probation Officer of this Honorable Court, and respectfully informs that on November 9, 2007, Mr. José M. Torrés-Morales died as a result of injuries sustained from bullets wounds received in front of the Federal Building. The offender was serving a supervised release term of four (4) years at the time of his death.

   **WHEREFORE**, the undersigned respectfully is notifying that this is case is being closed.

   In San Juan, Puerto Rico, this 5th of June 2008.

                              Respectfully submitted,

                              EUSTAQUIO BABILONIA, CHIEF
                              U.S. PROBATION OFFICER


                              s/Miriam Figueroa
                              Miriam Figueroa
                              U.S. Probation Officer
                              Federal Office Building,
                              150 Carlos Chardón Avenue
                              Office 400
                              San Juan, PR 00918
                              787-281-4980
                              787-766-5945
                              miriam_figueroa@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which send notification of such filing to the following: José A. Ruiz-Santiago, Assistant U.S. Attorney and Teodoro Méndez-Lebrón, Esq., Defense Counsel.

At San Juan, Puerto Rico, this 5th day of June 2008

s/Miriam Figueroa
Miriam Figueroa
U.S. Probation Officer
Federal Office Building,
150 Carlos Chardón Avenue
Office 400
San Juan, PR 00918
787-281-4980
787-766-5945
miriam_figueroa@prp.uscourts.gov